MAYNARD L. RIEGEL, Respondent, v. BARBARA FRANZEL, Appellant.— Motion to dismiss appeal granted, unless appellant shall be ready to argue the appeal at the January, 1924, term and shall pay to respondent's attorneys ten dollars costs.

HELEN VALERIOUS, Appellant, v. CHESTER J. BECKWITH, Respondent.— Motion to dismiss appeal granted, unless appellant shall be ready for argument at the January, 1924, term, and shall pay to respondent's attorney ten dollars costs.

ORVILLE E. BRYAN, Respondent, v. SOLOMON BUNIS and Another, Appellants. — Motion to dismiss appeal denied, upon condition that the appellants shall be ready to argue the appeal at the January, 1924, term.

HARRY L. ALLEN, as Trustee in Bankruptcy, etc., Respondent, v. FRED L. BRAYMAN and Others, Appellants.— Motion granted, with ten dollars costs, and appeals dismissed.

CLAIR FOSTER and Another, Respondents, v. LUTHER S. VEEDER, Appellant.— Motion to dismiss appeal denied, upon condition that appellant shall be ready for argument at the January, 1924, term.

METZ BROTHERS COMPANY, Respondent, v. ALBERT POPPENBERG and Others, Appellants.— Motion to dismiss appeal denied, upon condition that the appellants shall be ready for argument at the January, 1924, term.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ONE BOX CONTAINING 15 BOTTLES OF GREEN RIVER WHISKY, etc., Impleaded with R. S. BROWN HOTEL COMPANY, INC., and Another, Appellants.— Judgment and order affirmed, without costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE L. SHIREY and Others, Respondents, v. ISAAC E. PEARSON, Appellant.— Judgment and order affirmed, with costs. All concur.

In the Matter of the Application of MARY L. E. JOHNSON and Another, Respondents, for a Mandamus Order against BOARD OF SUPERVISORS OF THE COUNTY OF ONEIDA, N. Y., Appellant.— Order modified so as to provide that the warrant be issued by the county comptroller by direction of the board of supervisors instead of by the board itself, and as so modified is affirmed, with costs to the respondents. All concur.

F. EVELYN NOTMAN UNDERWOOD, Respondent, v. NORWOOD GARAGE, INC., and Another, Appellants.— Judgment and order reversed, on the facts, as to the defendant Weisser, and as to said defendant a new trial granted, with costs to appellant to abide event, on the ground that the verdict is against the weight of the evidence as to the negligence of defendant. Judgment and order affirmed, with costs, as to defendant Norwood Garage, Inc. All concur.

HARRY C. GILBERT, Plaintiff, v. WEBSTER PRESERVING COMPANY, Defendant.— Defendant's exceptions overruled, motion for a new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs. All concur.